Decided October 5, 1993

ALFRED CORSINO *v.* ANTHONY TELESCA ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 32 Conn. App. 627 (AC 11657), is denied.

*Mark V. Oppenheimer,* in support of the petition.

*James P. Brennan,* in opposition.

Decided October 5, 1993

SAVOY LAUNDRY, INC. *v.* TOWN OF STRATFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 636 (AC 11750), is denied.

*Laurence V. Parnoff,* in support of the petition.

*Alan Neigher* and *Judith M. Trutt,* in opposition.

Decided October 5, 1993

KEARY MULLIGAN *v.* ALLEN S. HALL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 203 (AC 11150), is granted, limited to the following issue: